# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3126 |
| | ) | |
| V. | ) | |
| | ) | |
| JAVIER GARCIA-HERNANDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The plaintiff's motion to continue sentencing hearing (filing 78) is granted.

(2) The defendant's 1 ½ hour evidentiary hearing and sentencing are continued to Tuesday, October 4, 2011, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 19th day of August, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge